IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| KEITH HUMPHREY, | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | }   Case No. 4:20-cv-1158-JM<br>} |
| ALICE FULK, et al., | }<br>} |
| Defendants. | } |

### SEPARATE DEFENDANT RUSS RACOP'S MOTION
### TO DISMISS AMENDED COMPLAINT

COMES NOW separate defendant Russ Racop, by and through undersigned counsel, and, for his Motion to Dismiss Amended Complaint, he states:

1. Plaintiff's Amended Complaint alleges a claim of defamation against Racop and includes Racop in the "All Defendants" against whom a claim "Civil Rights Conspiracy" is asserted.

2. Plaintiff bases these alleged causes of action against Racop, by his own admission, on blog posts written by Racop regarding Plaintiff.

3. Plaintiff's Amended Complaint should be dismissed vis-à-vis Racop for any or all of the foregoing:

    a. Violation of the Arkansas Citizen Participation in Government Act by Plaintiff's failure to verify the Amended Complaint as required under Arkansas law and failure

   to verify within the time constraints of the act after being notified of the lack of verification;

   b. Violation of the Arkansas Citizen Participation in Government Act by bringing suit against Racop for actions related to "privileged communications" within the meaning of the statute and for which Racop is immune from suit;

   c. Under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted based on Plaintiff's failure to sufficiently plead the elements of his claims against Racop;

   d. Under Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process based on Plaintiff's improper use of mail service by a third-party.

4. Contemporaneously herewith, Racop files a brief in support of this motion, which he incorporates by reference as if set out word-for-word herein.

5. For any or all of the foregoing reasons, as explained more fully in the accompanying brief, Plaintiff's Amended Complaint should be dismissed with respect to all claims against separate defendant Russ Racop.

6. Racop reserves the right to plead further, and he specifically reserves all other defenses available, including defenses under FRCP 12, FRCP 8, affirmative defenses under federal or state law, and any other defense that may be available to him in this matter.

7. Racop asks that this Court impose reasonable attorney's fees and costs pursuant to the Arkansas Citizen Participation in Government Act in the event that the claims against Racop are dismissed pursuant to that act.

   WHEREFORE the separate defendant Russ Racop prays that this Court will dismiss

Plaintiff's Amended Complaint as it relates to all claims against Racop, will award Racop all reasonable fees and costs to which he is entitled, and will grant Racop any other relief to which he may be entitled in law or in equity.

Respectfully submitted,

Matthew D. Campbell
Ark. Bar No. 2009032
Pinnacle Law Firm, PLLC
104 Winnwood Rd.
Little Rock, AR 72207
P: (501) 396-9246
matt@pinnaclelawfirm.com
*Attorney for Russ Racop*

## CERTIFICATE OF SERVICE

I, Matthew Campbell, hereby certify that a true-and-correct copy of the foregoing has been served on all necessary parties via this Court's CM/ECF system as of the date of filing by the Clerk of this Court.

Matthew D. Campbell
