IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **KEITH HUMPHREY,**<br>Plaintiff<br><br>V.<br><br>**ALICE FULK**, individually,<br>**CRISTINA PLUMMER**, individually,<br>**HAYWARD FINKS**, individually,<br>**DUANE FINKS**, individually,<br>**REGINALD PARKS**, individually,<br>**LITTLE ROCK FRATERNAL ORDER OF POLICE, LODGE #17**, a non-profit corporation, **RONNIE MORGAN**, individually, **ERIK TEMPLE**, individually,<br>**KEVIN SIMPSON**, individually,<br>**KENNETH HAMBY**, individually,<br>**STEVE DODGE**, individually,<br>**MICHAEL MCVAY**, individually,<br>**CHRIS RINGGOLD**, individually,<br>**KYLE HENSON**, individually,<br>**TRAVIS CUMMING**, individually,<br>**MARK ISON**, individually,<br>**JOHN GILCHRIST**, individually,<br>**KEVIN SEXSON**, individually,<br>**CHARLES STARKS**, individually,<br>**SHELLA ATLAS-EVANS**, individually,<br>**MATT MURSKI**,<br>**MOTOROLA SOLUTIONS d/b/a WATCHGUARD**, and<br>**RUSS RACOP**,<br>Defendants. | Case No. 4:20-cv-1158-JM<br><br>***JURY TRIAL DEMANDED*** |

**MOTION TO DISMISS AND MOTION TO STRIKE AMENDED COMPLAINT
ON BEHALF OF DEFENDANTS LITTLE ROCK FRATERNAL ORDER OF POLICE,
LODGE #17, RONNIE MORGAN, ERIK TEMPLE, KEVIN SIMPSON, KENNETH
HAMBY, STEVE DODGE, MICHAEL MCVAY, CHRIS RINGGOLD, KYLE HENSON,
TRAVIS CUMMING, MARK ISON, AND JOHN GILCHRIST**

1

Come now Defendants, LITTLE ROCK FRATERNAL ORDER OF POLICE, LODGE #17 ("LRFOP"), a non-profit corporation, RONNIE MORGAN, individually, ERIK TEMPLE, individually, KEVIN SIMPSON, individually, KENNETH HAMBY, individually, STEVE DODGE, individually, MICHAEL MCVAY, individually, CHRIS RINGGOLD, individually, KYLE HENSON, individually, TRAVIS CUMMING, individually, MARK ISON, individually, JOHN GILCHRIST, individually, (herein after collectively "LRFOP, Board and Committee Members"), appearing by and through their counsel specifically for the purpose of this motion and for none other, and for their Motion to Strike and Motion to Dismiss the Amended Complaint and state:

1.  LRFOP is an Arkansas 501(c)8 nonprofit corporation with its principal place of business at 1700 E. 2nd St., Arkansas 72201.

2.  Ronnie Morgan ("Morgan"), Erik Temple ("Temple"), Kevin Simpson ("Simpson"), Kenneth Hamby ("Hamby"), Steve Dodge ("Dodge"), Michael McVay ("McVay"), Chris Ringgold ("Ringgold"), Kyle Henson ("Henson"), Travis Cumming ("Cumming"), Mark Ison ("Ison"), and John Gilchrist ("Gilchrist") (collectively "Board and Committee Members") are all individuals residing within the state of Arkansas and in a county in the Central Division of the Eastern District of Arkansas Federal District Court. Allegations against the Board and Committee Members were made against them for their actions on behalf of LRFOP.

3.  This entry is specifically for the purpose of this motion and for none other, as service has not been perfected on the Board and Committee Members pursuant to Fed. R. Civ. P. 4 and Local Rule 4.1. The Board and Committee Members ask that this Court take judicial notice of the absence of proof of services on them in its records and dismiss this case against them.

4.  These parties object to the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for its lack of subject-matter jurisdiction because the federal claims cannot be upheld as a matter of

law, 12(b)(3) as the venue is improper because the federal claims cannot be upheld as a matter of law; 12(b)(5) as service has not been completed on the Board and Committee Members as directed by Fed. R. Civ. P. 4 and Local Rule 4.1; and 12(b)(6) as Plaintiff's Amended Complaint fails to allege facts that state a claim upon which relief can be granted.

5. Further, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, these Defendants pray that this Court will strike "redundant, immaterial, impertinent, or scandalous matter(s)" contained in the pleadings filed by the Plaintiff in this case, including but not limited to the Amended Complaint Addendum. As discussed in the brief filed herewith, these Defendants will show that these matters are interposed for improper purposes, violate the basic pleadings requirements of the Federal Rules of Civil Procedure, and Plaintiff should be ordered to recast his pleadings absent those matters. This material is inadmissible pursuant to Fed. R. Evid. 401, 402, 403, 404, 802, 901, 1002, and 1006, and Defendants object to these materials on the basis of these rules.

5. LRFOP, Board and Committee Member do not dispute, that, as pled, Keith Humphrey ("Plaintiff" or "Humphrey") is Chief of Police of the Little Rock Police Department (LRPD) and resides within the state of Arkansas and in a county in the Central Division of the Eastern District of Arkansas Federal District Court. Plaintiff is the final policy maker and authority of officer discipline at LRPD.

6. Plaintiff brought this lawsuit against LRFOP, Board and Committee Members for: (i) First Amendment Retaliation pursuant to 42 U.S.C. § 1983; (ii) Equal Protection under the Fifth and Fourteenth Amendments pursuant to 42 U.S.C. § 1983; (iii) Defamation/Libel; and (iv) Civil Rights Conspiracy pursuant to 42 U.S.C. § 1985.

7. Plaintiff pleads that jurisdiction and venue of this Court are invoked pursuant to 28

U.S.C. §§ 1331, 1343, 1391 and 42 U.S.C. § 1983.  Diversity jurisdiction pursuant to 28 U.S.C. § 1332 does not exist.

8. Plaintiff's claims of First Amendment Retaliation pursuant to 42 U.S.C. § 1983; Equal Protection under the Fifth and Fourteenth Amendments pursuant to 42 U.S.C. § 1983; and Civil Rights Conspiracy pursuant to 42 U.S.C. § 1985 fail because LRFOP is not a state actor and the Amended Complaint makes allegations against the Board and Committee Members in their individual capacities, not in their official capacities. Further, each of these claims fails as a matter of law as discussed in the brief filed herewith.

9. In addition, Plaintiff's claims of First Amendment Retaliation pursuant to 42 U.S.C. § 1983; Equal Protection under the Fifth and Fourteenth Amendments pursuant to 42 U.S.C. § 1983; defamation/libel, and Civil Rights Conspiracy pursuant to 42 U.S.C. § 1985 fail because LRFOP, Board and Committee Members are entitled to immunity endowed to a nonprofit organization and those acting on behalf of it by A.C.A. § 4-33-830.

10. As all the federal causes of action fail because no allegations were made against state actors and LRFOP, Board and Committee Members are entitled to nonprofit immunity, federal court jurisdiction fails also.

11. The remaining claim of defamation/libel fails as allegations against the Board and Committee Members were made against them for their actions on behalf of LRFOP, which are covered by nonprofit immunity and because Plaintiff failed to plead essential elements of defamation/libel.

12. For the above stated reasons, the Amended Complaint Addendum, Ex. 1, should be stricken in its entirety, those sections of the Amended Complaint that serve no legitimate purpose should be stricken, and the Amended Complaint should be dismissed.

13.     A Brief in Support of this Motion to Dismiss and Motion to Strike is being submitted simultaneously.

WHEREFORE, Defendants, LRFOP, Board and Committee Members pray that Amended Complaint Addendum should be stricken in its entirety, those sections of the Amended Complaint that serve no legitimate purpose should be stricken, and the Amended Complaint should be dismissed, for their costs, attorneys' fees, and for all other proper relief.

    Respectfully,

    Chad Cumming &
    Debby Linton Ferguson
    Gill Ragon Owen
    425 West Capitol Ave. Ste. 3800
    Little Rock, AR 72201
    Phone: (501)376-3800
    ferguson@gill-law.com
    cumming@gill-law.com

    Lance LoRusso
    1827 Powers Ferry Rd. SE
    Building 8 Ste. 200
    Atlanta, GA 30339
    Phone: (770) 664-2378
    lance@lorussolawfirm.com

    By:    /s/ Debby L. Ferguson
    Debby Linton Ferguson (Ark. Bar No. 2001146)
    Chad Cumming (Ark. Bar No. 2008028)
    Lance LoRusso (#2007040)
    Attorneys for Defendants LRFOP, Board and Committee Members

CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2020, I electronically filed a true and correct copy of the foregoing Motion to Dismiss and Motion to Strike Amended Complaint with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all the registered users:

Michael J. Laux
Laux Law Group
400 W. Capitol Ave., Ste. 1700
Little Rock, AR 72201
501-242-0750
mlaux@lauxlawgroup.com
Attorney for Plaintiff

                        /s/ Debby L. Ferguson
                        Debby Linton Ferguson