IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEITH HUMPHREY                                                              PLAINTIFF

V.                                        4:20CV001158 JM

ALICE FULK, individually,
CRISTINA PLUMMER, individually,
HAYWARD FINKS, individually,
DUANE FINKS, individually,
REGINALD PARKS, individually,
LITTLE ROCK FRATERNAL ORDER OF
POLICE, LODGE #17, a non-profit corporation,
RONNIE MORGAN, individually,
ERIK TEMPLE, individually,
KEVIN SIMPSON, individually,
KENNETH HAMBY, individually,
STEVE DODGE, individually,
MICHAEL MCVAY, individually,
CHRIS RINGGOLD, individually,
KYLE HENSON, individually,
TRAVIS CUMMING, individually,
MARK ISON, individually,
JOHN GILCHRIST, individually,
KEVIN SEXSON, individually,
CHARLES STARKS, individually,
SHELLA ATLAS-EVANS, individually,
MATT MURSKI,
MOTOROLA SOLUTIONS d/b/a
WATCHGUARD, and
RUSS RACOP                                                                 DEFENDANTS

## ORDER

Pending are Defendants' separate motions to dismiss Plaintiff's original complaint.

(Docket #'s 5, 7, 9, 11, 15 and 18).  Plaintiff filed an amended complaint on November 18, 2020.

Defendants have filed amended motions to dismiss.  "It is well-established that an amended

complaint supersedes an original complaint and renders the original complaint without legal

effect." *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000). As a result, Defendants'

original motions to dismiss  are DENIED as MOOT.    Separate Defendant Stark's motion for

default judgment, based on Plaintiff's failure to respond to the original motions to dismiss is also

DENIED, (docket # 42).

IT IS SO ORDERED this 9th  day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE