IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEITH HUMPHREY,                                                                                     PLAINTIFF

v.                                        CASE NO. 4:20-CV-1158 JM

ALICE FULK, ET AL.,                                                                               DEFENDANTS

**PLAINTIFF'S MOTION TO STRIKE LRFOP DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS FOR FAILURE TO OBTAIN LEAVE OF COURT PURSUANT TO EASTERN DISTRICT OF ARKANSAS LOCAL RULE 7.2(b)**

NOW COMES Plaintiff, KEITH HUMPHREY, and for his Motion to Strike the Reply Brief filed by Defendants, LITTLE ROCK FRATERNAL ORDER OF POLICE, LODGE #17, a non-profit corporation, RONNIE MORGAN, individually, ERIK TEMPLE, individually, KENNETH HAMBY, individually, STEVE DODGE, individually, MICHAEL MCVAY, individually, CHRIS RINGGOLD, individually, KYLE HENSON, individually, TRAVIS CUMMING, individually, MARK ISON, individually, and JOHN GILCHRIST[1], individually (hereafter collectively "LRFOP defendants"), in Support of their Motion to Dismiss for Failure to Obtain Leave of Court Pursuant to Eastern District of Arkansas Local Rule 7.2(b), states as follows:

1.  Eastern District of Arkansas Local Rule 7.2(b) addresses the availability of reply briefs in motion practice. See Eastern Dist. of Arkansas Local Rule 7.2(b). Per Local Rule 7.2(b), only summary judgment movants and those seeking relief under 28 USC § 2254 or 28 USC § 2255 are permitted to file reply briefs. See Local Rule 7.2(b).

---

[1] PLAINTIFF submits that the gratuitous filing of a reply brief in support of a dispositive motion (Doc. #82) and in violation of the local rules constitutes yet more evidence of the waiver of service of process and personal jurisdiction by Defendant, JOHN GILCHRIST.

2. On December 2, 2020, the LRFOP defendants filed a motion to dismiss PLAINTIFF's First Amended Complaint. See Doc. #35. On January 22, 2021, the Court ordered that PLAINTIFF respond to the LRFOP defendants' motion to dismiss on or before February 2, 2021. See Doc. #76. In accordance with the Court's order, PLAINTIFF filed his response on February 2, 2021. See Doc. #78.

3. One week later, on February 9, 2021, without obtaining leave from the Court, the LRFOP defendants filed a reply brief in support of their motion to dismiss. See Doc. #82.

4. The LRFOP defendants have not filed a summary judgment motion in the instant matter. Nor do they seek relief under 28 USC § 2254 or 28 USC § 2255 in this case.

5. Clearly, then, the LRFOP defendants had no basis and no right to file their reply brief without first obtaining leave of court. Therefore, per its inherent discretion and authority, the Court should strike their reply brief for failure to comply with Local Rule 7.2(b).

6. A supportive brief is filed contemporaneously herewith.

WHEREFORE, Plaintiff, KEITH HUMPHREY, respectfully requests that this Honorable Court grant his Motion to Strike the Reply Brief filed by the LRFOP defendants, in Support of their Motion to Dismiss for Failure to Obtain Leave of Court Pursuant to Eastern District of Arkansas Local Rule 7.2(b) and whatever other relief the Court determines is fair and just, including the denial of the LRFOP defendants' motion to dismiss.

Respectfully submitted,

<u>Michael J. Laux</u>
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
400 W. Capitol Avenue, Suite 1700
Little Rock, AR 72201

Telephone: (501) 242-0750  
Facsimile: (501) 372-3482  
E-mail: mlaux@lauxlawgroup.com;  
mikelaux@icloud.com