IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEITH HUMPHREY                                                                    PLAINTIFF

v.                                      CASE NO. 4:20-CV-1158-JM

ALICE FULK, individually,                                                  DEFENDANTS
CRISTINA PLUMMER, individually,
HAYWARD FINKS, individually,
DUANE FINKS, individually,
REGINALD PARKS, individually,
LITTLE ROCK FRATERNAL ORDER OF
POLICE, LODGE #17, a non-profit corporation,
RONNIE MORGAN, individually,
ERIK TEMPLE, individually,
KENNETH HAMBY, individually,
STEVE DODGE, individually,
MICHAEL MCVAY, individually,
CHRIS RINGGOLD, individually,
KYLE HENSON, individually,
TRAVIS CUMMING, individually,
MARK ISON, individually,
JOHN GILCHRIST, individually,
KEVIN SEXSON, individually,
CHARLES STARKS, individually,
SHELLA ATLAS-EVANS, individually,
MATT MURSKI,
MOTOROLA SOLUTIONS d/b/a
WATCHGUARD, and
RUSS RACOP

**DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Come now, the Defendants, LITTLE ROCK FRATERNAL ORDER OF POLICE, LODGE #17

("LRFOP), an Arkansas non-profit corporation; RONNIE MORGAN, individually; ERIK TEMPLE,

individually; KENNETH HAMBY, individually; STEVE DODGE, individually; MICHAEL MCVAY,

individually;  CHRIS RINGGOLD, individually; KYLE HENSON, individually; TRAVIS CUMMING,

individually; MARK ISON, individually; and JOHN GILCHRIST, individually; (herein collectively

after "LRFOP, Board and Committee Members"), who appear by and through their counsel, Gill Ragon Owen, P.A. and LoRusso Law Firm, PC, and who hereby move the Court for an order requiring the Plaintiff KEITH HUMPHREY ("Humphrey") and his counsel, Michael J. Laux and the Laux Law Group to pay attorneys' fees and costs to LRFOP, Board and Committee Members and states:

1.      Humphrey filed his Amended Complaint on November 18, 2020, which contained allegations of First Amendment Retaliation pursuant to 42 U.S.C. § 1983; Equal Protection under the Fifth and Fourteenth Amendments pursuant to 42 U.S.C. § 1983; Civil Rights Conspiracy pursuant to 42 U.S.C. § 1985, and Defamation/Libel against LRFOP, Board and Committee Members.

2.      On December 2, 2020, LRFOP, Board and Committee Members filed their Motion to Dismiss and Motion to Strike Plaintiff's Amended Complaint and Brief in Support alleging that each of Humphrey's claims failed as a matter of law.

3.      On September 15, 2021, this Court entered its Order in favor of LRFOP, Board and Committee Members dismissing each and all of Humphrey's claims.

4.      Pursuant to Fed. R. Civ. P. 54, 42 U.S.C. § 1988(b), and Local Rule 54.1, attorneys' fees are appropriate and awardable in this case, because (a) LRFOP, Board and Committee Members prevailed in their motion to dismiss and (b) Humphrey's action had no factual or legal basis and imposed the obligation upon LRFOP, Board and Committee Members to employ the services of an attorney and submit to frivolous, unreasonable and groundless litigation, as more specifically set forth in LRFOP, Board and Committee Member's Brief in Support of Motion for Attorneys' Fees.

2

5.      Plaintiff continued to litigate even after his counsel received letters sent by certified mail on October 28, 2020 and again on December 7, 2020 after Plaintiff filed his Amended Complaint.  See Proof of Service Letters and Motions attached hereto as Ex. A and Ex. B.  These letters and attached draft motions for sanctions notified Plaintiff and his counsel that LRFOP, Board and Committee Members would pursue sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure (F.R.C.P.) if the Complaint and Amended Complaint were not withdrawn.  The letters, which are attached to the motion for sanctions and brief in support, detailed the flaws in Plaintiff's case and included citations to statutes and case law illustrating the reasons that Plaintiff's case would fail as a matter of law.

6. Following the passage of the time required by Rule 11 of the F.R.C.P., these Defendants timely filed their Motion for Sanctions pursuant to Rule 11. (ECF# 86 and 87). Plaintiff and his counsel failed to file a response to said motion which stands unopposed. Therefore, these Defendants seek attorney fees and expenses associated with defending the instant action and the filing of their Rule 11 motion per F.R.C.P. Rule 11(b).

7.      LRFOP, Board and Committee Members incurred a total of $48,037.25 in attorneys' fees in defense of this action, as more specifically stated in the Affidavits of Debby Linton Ferguson attached hereto as Ex. C and the Affidavit of Lance J. LoRusso attached hereto as Ex. D.  LRFOP, Board and Committee claim the attorney-client privilege and work product for the redacted portions of billing statements.  Billing entries that were tangential to the case were redacted and deducted.

8.      Of that total fee, $28,116 accrued after their Rule 11 letter was received on October 30, 2020, LRFOP, Board and Committee Members, and $21,532.50 accrued after their

second Rule 11 letter in response to the Amended Complaint was received on December 9, 2020.

9.       LRFOP, Board and Committee Members are prevailing parties in this matter and respectfully request that this Court exercise its discretion and grant LRFOP, Board and Committee Members their reasonable attorneys' fees and expenses of litigation.

WHEREFORE, Defendant, LRFOP, Board and Committee Members, pray for an Order awarding to them attorneys' fees and expenses of litigation in the amount of $48,037.25 or an amount that this Court deems equitable and just, directing Humphrey and his counsel to pay such amount or be held in contempt, and for all other just and proper relief to which it may be entitled.

Respectfully,

Chad Cumming &
Debby Linton Ferguson
Gill Ragon Owen, P.A.
425 West Capitol Ave. Ste. 3800
Little Rock, Arkansas 72201
Phone:  (501)376-3800
ferguson@gill-law.com
cumming@gill-law.com

and

Lance J. LoRusso
LoRusso Law Firm, P.C.
1827 Powers Ferry Rd. SE
Building 8 Ste. 200
Atlanta, GA 30339
Phone: (770) 664-2378
lance@lorussolawfirm.com

By:  */s/ Debby Linton Ferguson*
Debby Linton Ferguson (Ark. Bar No. 2001146)
Chad Cumming (Ark. Bar No. 2008028)

Attorneys for Defendants LRFOP, Board and
Committee Members

UNDERLINE_CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all the registered users including:

Michael J. Laux
Laux Law Group
400 W. Capitol Ave., Ste. 1700
Little Rock, AR 72201
501-242-0750
mlaux@lauxlawgroup.com
Attorney for Plaintiff

 */s/ Debby Linton Ferguson*
Debby Linton Ferguson