**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEITH HUMPHREY,**
**Plaintiff**

**V.** **Case No. 4:20-cv-1158-JM**

**ALICE FULK, individually,**
**CRISTINA PLUMMER, individually,**
**HAYWARD FINKS, individually,** ***JURY TRIAL***
***DEMANDED***
**DUANE FINKS, individually,**
**REGINALD PARKS, individually,**
**LITTLE ROCK FRATERNAL ORDER OF POLICE, LODGE #17, a non-profit corporation, RONNIE MORGAN, individually, ERIK TEMPLE, individually,**
**KEVIN SIMPSON, individually,**
**KENNETH HAMBY, individually,**
**STEVE DODGE, individually,**
**MICHAEL MCVAY, individually,**
**CHRIS RINGGOLD, individually,**
**KYLE HENSON, individually,**
**TRAVIS CUMMING, individually,**
**MARK ISON, individually,**
**JOHN GILCHRIST, individually,**
**KEVIN SEXSON, individually,**
**CHARLES STARKS, individually,**
**SHELLA ATLAS-EVANS, individually,**
**MATT MURSKI,**
**MOTOROLA SOLUTIONS d/b/a WATCHGUARD, and**
**RUSS RACOP,**
**Defendants.**

**AFFIDAVIT OF DEBORAH LINTON FERGUSON**

Comes, Deborah Linton Ferguson, who, having been duly sworn states:

1. This firm serves as local counsel for the Little Rock Fraternal Order of Police ("LRFOP"), Ronnie Morgan ("Morgan"), Erik Temple ("Temple"), Kevin



Simpson ("Simpson"), Kenneth Hamby ("Hamby"), Steve Dodge ("Dodge"), Michael McVay ("McVay"), Chris Ringgold ("Ringgold"), Kyle Henson ("Henson"), Travis Cumming ("Cumming"), Mark Ison ("Ison"), and John Gilchrist ("Gilchrist"). ("LRFOP, Board and Committee").

2. I have personally supervised the work in this matter and the attorneys' fees listed in Ex. (C)1 were incurred and come directly from the bills submitted to LRFOP. Privileged information and work product were redacted. Billing entries that were also privileged or work product, but that were tangential to the case were redacted and deducted. With the tangential billing deducted, the total Gill Ragon Owen billing and costs incurred from the filing of Humphrey's Complaint through September 24, 2021 is $32,764.75. The total Gill Ragon Owen billing and costs incurred after Humphrey's counsel received the first Rule 11 letter on October 30, 2020 is $20,939. The total Gill Ragon Owen billing and costs incurred after Humphrey's counsel received the second Rule 11 letter on December 9, 2020 is $16,445.

3. I have been licensed to practice law in the State of Arkansas since 2001 and have focused my practice on litigation in state and federal courts. My normal hourly billing rate is $200 which is reasonable and customary for an attorney of my training and experience. In this case, I charged a rate of $200. Co-counsel, Chad Cumming, has a regular hourly rate of $220, and he charged a rate of $220 in this case. Our rates are comparable or less than the rates of similarly qualified attorneys who practice litigation in the State of Arkansas.

4. The attorneys' fees identified were reasonable and necessary in order to defend the frivolous, unreasonable, and groundless allegations asserted in Plaintiff's complaint.

5. This litigation was made more expensive by the actions of Plaintiff and his counsel. Plaintiff's failure to based his claims on supporting statutes or caselaw required research to refute. (See ECF# 1 and 23) The Amended Complaint contained the same inflammatory and irrelevant language, as well as the lengthy Addendum, and both required a motion to strike in addition to a motion to dismiss. (See ECF# 5-7, 23, 23-1, 35, 38 and 38-1). Although Humphrey's Amended Complaint failed to remedy the failures of his Complaint, the Amended Complaint required LRFOP, Board and Committee to respond with a second Rule 11 letter (see attached as Ex. B to the Motion for Attorney's Fees) and a second motion to dismiss and brief. (ECF# 23, 35, 38 and 38-1) Plaintiff's Motion for Extension of Time and Request to File an Omnibus Brief exceeded the rules of civil procedure and was outside of what a court would normally accept but required a response. (See ECF# 22 and 24). Plaintiff's failure to properly serve our clients resulted in many inquiries from clients asking, "is this proper service?" (ECF# 91) We filed a timely response to Plaintiff's Motion for Leave to File Second Amended Complaint, and Plaintiff's failure to properly calculate the deadline required us to respond to Plaintiff's motion to strike our response as untimely. (ECF# 67, 68 and 74) Plaintiff's Notice of Proof of Waiver of Formal Service by Defendant John Gilchrist arguing that Gilchrist waived service lacked any foundation but necessitated a response. (ECF #75 and 76).

Further, the baseless claims caused us to draft the motion for sanctions and brief, as well as the Rule 11 letters attached to the motion filed herewith. (See ECF# 86-87)

WHEREFORE, I submit that the following affidavit is a true and accurate statement and verify the contents herein.

Deborah Linton Ferguson

**ACKNOWLEDGMENT**

STATE OF ARKANSAS )
)SS
COUNTY OF PULASKI )

SUBSCRIBED AND SWORN to before me, a Notary Public, on this 29th day of September, 2021.

Notary Public

My Commission Expires:
7/6/2030

CASSANDRA QUARRY
Notary Public-Arkansas
Lonoke County
My Commission Expires 07-06-2030
Commission # 12377623

Date: 09/28/2021

**Detail Transaction File List**
GILL RAGON OWEN, P.A.

Page: 1

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 4712.8002 Little Rock Fraternal Order of Police Lodge 17** | | | | | | | | | |
| 4712.8002 | 10/06/2020 | 19 | A | 189 | 200.00 | 0.20 | 40.00 | e-mail exchange with Office ... | ARCH |
| 4712.8002 | 10/07/2020 | 19 | A | 89 | 200.00 | 0.80 | 160.00 | telephone conference with Mr. Cumming and Mr. Lorusso re: drafting Rule 11 and spoliation letters for FOP defendants | ARCH |
| ~~4712.8002~~ | ~~10/07/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.20~~ | ~~40.00~~ | ~~telephone conference with Ofcr.~~ ... | ARCH |
| 4712.8002 | 10/07/2020 | 19 | A | 108 | 200.00 | 0.40 | 80.00 | work on review of research re: FOP not a state actor | ARCH |
| ~~4712.8002~~ | ~~10/07/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | ... | ARCH |
| 4712.8002 | 10/07/2020 | 32 | A | 1 | 220.00 | 3.00 | 660.00 | Prepare for and attend conference call with Lance LaRusso. Legal research of nonprofit board members' immunity for Rule 11 letter and Motion to Dismiss. | ARCH |
| 4712.8002 | 10/08/2020 | 32 | A | 1 | 220.00 | 1.00 | 220.00 | Conferences with clients and co-counsel. Conduct legal research for Rule 11 letter. | ARCH |
| 4712.8002 | 10/08/2020 | 19 | A | 108 | 200.00 | 0.50 | 100.00 | work on 1983 research with law clerk and review her research | ARCH |
| ~~4712.8002~~ | ~~10/08/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | ... complete and email recommendation for Mr. Lorusso to the Eastern District Bar | ARCH |
| 4712.8002 | 10/08/2020 | 19 | A | 89 | 200.00 | 0.20 | 40.00 | telephone conference with Ofcr. ... : update on the Rule 11 letter | ARCH |
| 4712.8002 | 10/08/2020 | 19 | A | 89 | 200.00 | 0.20 | 40.00 | telephone conference with Ofcr ... : National FOP letter | ARCH |
| ~~4712.8002~~ | ~~10/09/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.50~~ | ~~100.00~~ | e ... | ARCH |
| 4712.8002 | 10/09/2020 | 19 | A | 108 | 200.00 | 1.30 | 260.00 | work on research of 1983 issue for Rule 11 letter | ARCH |
| ~~4712.8002~~ | ~~10/09/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.20~~ | ~~40.00~~ | ... om Mr. | ARCH |
| 4712.8002 | 10/09/2020 | 19 | A | 108 | 200.00 | 0.80 | 160.00 | work on draft of spoliation letter; teleconference with Mr. ... ne c ... d; email draft to Mr. Cumming and Mr. Lorusso | ARCH |
| ~~4712.8002~~ | ~~10/09/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.60~~ | ~~120.00~~ | ... Ir. ... | ARCH |
| ~~4712.8002~~ | ~~10/12/2020~~ | ~~20~~ | ~~A~~ | ~~74~~ | ~~295.00~~ | ~~0.50~~ | ~~147.50~~ | ... | ARCH |
| 4712.8002 | 10/12/2020 | 32 | A | 1 | 220.00 | 4.00 | 880.00 | Intra-office conferences regarding defenses to be raised and legal arguments for motion to dismiss. | ARCH |
| ~~4712.8002~~ | ~~10/12/2020~~ | ~~19~~ | ~~A~~ | ~~108~~ | ~~200.00~~ | ~~0.40~~ | ~~80.00~~ | ... es | ARCH |
| ~~4712.8002~~ | ~~10/12/2020~~ | ~~19~~ | ~~A~~ | ~~108~~ | ~~200.00~~ | ~~0.20~~ | ~~40.00~~ | ... | ARCH |
| 4712.8002 | 10/12/2020 | 19 | A | 108 | 200.00 | 0.20 | 40.00 | work on review and changes to spoliation letter | ARCH |
| 4712.8002 | 10/12/2020 | 19 | A | 89 | 200.00 | 0.20 | 40.00 | telephone conference with ... e: ... members | ARCH |
| 4712.8002 | 10/12/2020 | 19 | A | 89 | 200.00 | 1.40 | 280.00 | telephone conference with Mr. Lorusso and Mr. Cumming re: points to make in Rule 11 letter; sending a spoliation letter | ARCH |
| ~~4712.8002~~ | ~~10/12/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | ... s | ARCH |
| 4712.8002 | 10/12/2020 | 19 | A | 89 | 200.00 | 0.30 | 60.00 | telephone conference with ... re: service of board members | ARCH |
| 4712.8002 | 10/13/2020 | 32 | A | 1 | 220.00 | 1.30 | 286.00 | Legal research of plaintiff's claims of conspiracy under 42 USC 1985(3). Conference with board members and co-counsel. | ARCH |
| 4712.8002 | 10/13/2020 | 19 | A | 89 | 200.00 | 0.20 | 40.00 | telephone conference with ... re: service of board members by certified mail | ARCH |
| 4712.8002 | 10/13/2020 | 19 | A | 57 | 200.00 | 1.20 | 240.00 | review federal rule and case cites re: service by certified mail with no signature and actual service and summarize findings for ..., Mr. Lorusso and Mr. Cumming | ARCH |
| ~~4712.8002~~ | ~~10/13/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.20~~ | ~~40.00~~ | ... sending spoliation letter | ARCH |
| 4712.8002 | 10/14/2020 | 32 | A | 1 | 220.00 | 2.00 | 440.00 | Intra-office conference regarding ... | ARCH |
| 4712.8002 | 10/14/2020 | 19 | A | 89 | 200.00 | 0.20 | 40.00 | telephone conference with ... re: incorrect items on the addendum | ARCH |
| 4712.8002 | 10/14/2020 | 19 | A | 89 | 200.00 | 0.10 | 20.00 | telephone conference with ... : being | ARCH |

$4,126 - page total

EXHIBIT
C1

**Client ID 4712.8002 Little Rock Fraternal Order of Police Lodge 17**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 4712.8002 | 10/14/2020 | 19 | A | 189 | 200.00 | 0.20 | 40.00 | served e-mail re: spoliation | ARCH |
| ~~4712.8002~~ | ~~10/15/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~3.00~~ | ~~660.00~~ | Intra-office conferences regarding service and ... s. | ARCH |
| 4712.8002 | 10/15/2020 | 19 | A | 189 | 200.00 | 0.20 | 40.00 | e-mails re: accepting service | ARCH |
| ~~4712.8002~~ | ~~10/15/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~1.50~~ | ~~300.00~~ | | ARCH |
| ~~4712.8002~~ | ~~10/15/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.20~~ | ~~40.00~~ | | ARCH |
| 4712.8002 | 10/15/2020 | 19 | A | 189 | 200.00 | 0.20 | 40.00 | e-mails re: ... ice | ARCH |
| 4712.8002 | 10/16/2020 | 19 | A | 189 | 200.00 | 0.40 | 80.00 | e-mails and call with ... service and | ARCH |
| 4712.8002 | 10/19/2020 | 32 | A | 1 | 220.00 | 0.40 | 88.00 | Review Rule 11 letter to Mike Laux. | ARCH |
| 4712.8002 | 10/19/2020 | 19 | A | 189 | 200.00 | 0.40 | 80.00 | e-mails with Mr. LoRusso re: Rule 11 letter | ARCH |
| 4712.8002 | 10/19/2020 | 19 | A | 57 | 200.00 | 0.40 | 80.00 | review Rule 11 letter and email Mr. Lorusso re: proposed edits | ARCH |
| ~~4712.8002~~ | ~~10/20/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~1.00~~ | ~~220.00~~ | ... depositions in ... tion | ARCH |
| 4712.8002 | 10/20/2020 | 19 | A | 189 | 200.00 | 0.50 | 100.00 | | ARCH |
| 4712.8002 | 10/20/2020 | 13 | A | 33 | 60.00 | 4.00 | 240.00 | legal research re: conspiracy; | ARCH |
| ~~4712.8002~~ | ~~10/21/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~0.40~~ | ~~88.00~~ | Conferen... | ARCH |
| 4712.8002 | 10/21/2020 | 19 | A | 108 | 200.00 | 0.80 | 160.00 | work on editing Rule 11 letter; emails with Mr. Cumming and Mr. LoRusso | ARCH |
| ~~4712.8002~~ | ~~10/22/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~0.50~~ | ~~110.00~~ | | ARCH |
| ~~4712.8002~~ | ~~10/23/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~4.00~~ | ~~880.00~~ | | ARCH |
| 4712.8002 | 10/23/2020 | 19 | A | 89 | 200.00 | 1.00 | 200.00 | telephone conference with attorneys and Mr. discussion Rule 11 letter, Motion, Motion to Dismiss, Motion to Strike, and service issues | ARCH |
| 4712.8002 | 10/23/2020 | 19 | A | 16 | 200.00 | 0.30 | 60.00 | draft spoliation letter directly to Mayor Scott | ARCH |
| 4712.8002 | 10/23/2020 | 19 | A | 16 | 200.00 | 4.50 | 900.00 | draft Motion to Dismiss and start brief in support | ARCH |
| 4712.8002 | 10/23/2020 | 32 | A | 114 | | | 5.75 | certified postage; | ARCH |
| 4712.8002 | 10/26/2020 | 32 | A | 1 | 220.00 | 5.30 | 1,166.00 | Conference with co-counsel regarding motion to dismiss, motion to strike, and Rule 11 motion / letter. Draft Rule 11 Motion and brief in support. | ARCH |
| 4712.8002 | 10/26/2020 | 19 | A | 16 | 200.00 | 3.80 | 760.00 | draft brief in support of motion to dismiss | ARCH |
| 4712.8002 | 10/26/2020 | 19 | A | 189 | 200.00 | 0.30 | 60.00 | e-mails with Mr. Lorusso and Mr. Cumming re: division of labor on briefs | ARCH |
| 4712.8002 | 10/27/2020 | 32 | A | 1 | 220.00 | 7.00 | 1,540.00 | Review motion to dismiss and brief in support as well as motion to strike. | ARCH |
| 4712.8002 | 10/27/2020 | 19 | A | 57 | 200.00 | 3.40 | 680.00 | review and revise brief in support of motion to dismiss; review case cites; make revisions | ARCH |
| 4712.8002 | 10/27/2020 | 19 | A | 189 | 200.00 | 0.50 | 100.00 | e-mails with Mr. Lorusso and Mr. re: the motion to dismiss/strike and brief | ARCH |
| ~~4712.8002~~ | ~~10/28/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~4.00~~ | ~~880.00~~ | ...e ...d | ARCH |
| ~~4712.8002~~ | ~~10/28/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.80~~ | ~~160.00~~ | | ARCH |

$6,419.75 - page total

Date: 09/28/2021

**Detail Transaction File List**
GILL RAGON OWEN, P.A.

Page: 3

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 4712.8002 Little Rock Fraternal Order of Police Lodge 17** | | | | | | | | | |
| 4712.8002 | 10/28/2020 | 19 | A | 57 | 200.00 | 0.50 | 100.00 | review and make edits from Mr. Lorusso and Mr. Cumming to the brief in support of the motion to dismiss | ARCH |
| 4712.8002 | 10/28/2020 | 19 | A | 89 | 200.00 | 0.20 | 40.00 | telephone conference with [redacted] re: example of false paragraph in the addendum for the motion to strike | ARCH |
| 4712.8002 | 10/28/2020 | 19 | A | 57 | 200.00 | 1.50 | 300.00 | review and edit the Rule 11 motion and brief | ARCH |
| 4712.8002 | 10/28/2020 | 19 | A | 16 | 200.00 | 3.00 | 600.00 | draft consolidated motion to dismiss/strike and briefs in support; add evidentiary objections and factual inaccuracy to the motion to strike | ARCH |
| 4712.8002 | 10/28/2020 | 19 | A | 108 | 200.00 | 0.30 | 60.00 | work on R11 letter, motion and brief mailing | ARCH |
| 4712.8002 | 10/28/2020 | 19 | A | 108 | 200.00 | 0.30 | 60.00 | work on final edits to the brief in support of motion to strike/dismiss with Mr. Lorusso | ARCH |
| 4712.8002 | 10/28/2020 | 19 | A | 108 | 200.00 | 0.30 | 60.00 | work on filing motion to dismiss/strike and brief in support | ARCH |
| ~~4712.8002~~ | ~~10/29/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.70~~ | ~~140.00~~ | [redacted] | ARCH |
| ~~4712.8002~~ | ~~10/29/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~1.50~~ | ~~330.00~~ | [redacted] | ARCH |
| 4712.8002 | 10/30/2020 | 19 | A | 189 | 200.00 | 0.30 | 60.00 | e-mails with defense group re: extensions and teleconference with M[redacted] re: discussing any requests for extensions | ARCH |
| ~~4712.8002~~ | ~~10/30/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | [redacted] | ARCH |
| ~~4712.8002~~ | ~~11/02/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.50~~ | ~~100.00~~ | [redacted] | ARCH |
| 4712.8002 | 11/02/2020 | 19 | A | 57 | 200.00 | 0.90 | 180.00 | review dismissal briefs on behalf of Ms. Atlas Evans, Mr. Racop and Mr. Murski | ARCH |
| 4712.8002 | 11/03/2020 | 32 | A | 1 | 220.00 | 0.40 | 88.00 | Intra office conference regarding litigation strategy and public statements. | ARCH |
| 4712.8002 | 11/04/2020 | 32 | A | 1 | 220.00 | 0.30 | 66.00 | Check litigation status. | ARCH |
| 4712.8002 | 11/05/2020 | 32 | A | 1 | 220.00 | 1.50 | 330.00 | Review all filed pleadings. | ARCH |
| 4712.8002 | 11/06/2020 | 32 | A | 1 | 220.00 | 0.50 | 110.00 | Review complaint addendum to determine potential counterclaims. | ARCH |
| ~~4712.8002~~ | ~~11/09/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~0.50~~ | ~~110.00~~ | [redacted] | ARCH |
| 4712.8002 | 11/09/2020 | 19 | A | 189 | 200.00 | 0.50 | 100.00 | e-mails with fellow counsel re: Laux's request for an extension | ARCH |
| ~~4712.8002~~ | ~~11/10/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~1.00~~ | ~~220.00~~ | [redacted] iss | ARCH |
| 4712.8002 | 11/10/2020 | 19 | A | 189 | 200.00 | 0.50 | 100.00 | e-mails with client and fellow attorneys re: Laux's extension request; draft response to request for extension and email to Laux | ARCH |
| ~~4712.8002~~ | ~~11/12/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~1.00~~ | ~~220.00~~ | [redacted] | ARCH |
| ~~4712.8002~~ | ~~11/12/2020~~ | ~~19~~ | ~~A~~ | ~~108~~ | ~~200.00~~ | ~~0.20~~ | ~~40.00~~ | [redacted] | ARCH |
| ~~4712.8002~~ | ~~11/13/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~1.00~~ | ~~220.00~~ | [redacted] | ARCH |
| 4712.8002 | 11/13/2020 | 19 | A | 89 | 200.00 | 0.30 | 60.00 | telephone conference with Mr. Lorusso re: response to request for extension of time | ARCH |
| ~~4712.8002~~ | ~~11/16/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~1.00~~ | ~~220.00~~ | [redacted] | ARCH |
| 4712.8002 | 11/17/2020 | 19 | A | 16 | 200.00 | 0.70 | 140.00 | draft response to request for extension and omnibus brief | ARCH |
| ~~4712.8002~~ | ~~11/17/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | [redacted] | ARCH |
| ~~4712.8002~~ | ~~11/18/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~2.00~~ | ~~440.00~~ | [redacted] | ARCH |
| 4712.8002 | 11/18/2020 | 19 | A | 16 | 200.00 | 1.20 | 240.00 | draft objection to extension and omnibus response and have it filed | ARCH |
| ~~4712.8002~~ | ~~11/18/2020~~ | ~~19~~ | ~~A~~ | ~~10~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | [redacted] | ARCH |
| 4712.8002 | 11/19/2020 | 32 | A | 1 | 220.00 | 0.50 | 110.00 | Review amended complaint. | ARCH |

10/30/2020 1st Rule 11 Letter was received by Laux

$2,804 - page total
$1,524 is total page after 10/30/2020

Date: 09/28/2021

**Detail Transaction File List**
GILL RAGON OWEN, P.A.

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 4712.8002 Little Rock Fraternal Order of Police Lodge 17** | | | | | | | | | |
| 4712.8002 | 11/19/2020 | 19 | A | 57 | 200.00 | 0.50 | 100.00 | review amended complaint | ARCH |
| 4712.8002 | 11/20/2020 | 19 | A | 189 | 200.00 | 0.30 | 60.00 | e-mails with Mr. Cumming re: filing motion to dismiss amended answer, sending amended rule 11 letter and motion | ARCH |
| 4712.8002 | 11/20/2020 | 19 | A | 89 | 200.00 | 0.20 | 40.00 | telephone conference with M[redacted] re: judge's ruling on motion for extension and omnibus brief | ARCH |
| ~~4712.8002~~ | ~~11/24/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~1.00~~ | ~~220.00~~ | P[redacted] | ARCH |
| ~~4712.8002~~ | ~~11/24/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~1.20~~ | ~~240.00~~ | [redacted] | ARCH |
| ~~4712.8002~~ | ~~11/25/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~4.00~~ | ~~880.00~~ | [redacted] | ARCH |
| 4712.8002 | 11/30/2020 | 19 | A | 10 | 200.00 | 0.20 | 40.00 | conference with Mr. Cumming re: strategy for second Rule 11 and motion drafts | ARCH |
| 4712.8002 | 11/30/2020 | 32 | A | 1 | 220.00 | 1.00 | 220.00 | Draft Rule 11 letter, motion, and brief in support. Intra-office conference regarding litigation strategy. | ARCH |
| ~~4712.8002~~ | ~~12/01/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~1.50~~ | ~~330.00~~ | [redacted] | ARCH |
| ~~4712.8002~~ | ~~12/01/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~1.00~~ | ~~200.00~~ | [redacted] | ARCH |
| 4712.8002 | 12/01/2020 | 19 | A | 16 | 200.00 | 4.30 | 860.00 | review amended complaint and draft motion to strike and dismiss amended complaint and brief; send to fellow defense counsel and client for review | ARCH |
| 4712.8002 | 12/02/2020 | 32 | A | 1 | 220.00 | 4.50 | 990.00 | Draft motion to dismiss and rule 11 motion, as well as briefs in support. | ARCH |
| 4712.8002 | 12/02/2020 | 19 | A | 108 | 200.00 | 1.00 | 200.00 | work on motion to dismiss and strike and brief; emails and edits to brief | ARCH |
| 4712.8002 | 12/02/2020 | 19 | A | 189 | 200.00 | 0.40 | 80.00 | e-mails with fellow defense counsel re: motion and brief and adding Lorusso to the signature block | ARCH |
| 4712.8002 | 12/02/2020 | 19 | A | 89 | 200.00 | 0.50 | 100.00 | 4 telephone conferences with Mr. Lorusso's office re: entry of appearance, adding him to signature block and filing entry of appearance for him | ARCH |
| 4712.8002 | 12/02/2020 | 19 | A | 57 | 200.00 | 0.80 | 160.00 | review Rule 11 letter, motion and brief | ARCH |
| ~~4712.8002~~ | ~~12/03/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~3.50~~ | ~~770.00~~ | [redacted] | ARCH |
| ~~4712.8002~~ | ~~12/03/2020~~ | ~~19~~ | ~~A~~ | ~~108~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | [redacted] | ARCH |
| 4712.8002 | 12/04/2020 | 19 | A | 189 | 200.00 | 0.20 | 40.00 | e-mail and teleconference with Mr. Lorusso re: Rule 11 letter and motion | ARCH |
| ~~4712.8002~~ | ~~12/07/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~1.50~~ | ~~330.00~~ | [redacted] | ARCH |
| 4712.8002 | 12/07/2020 | 19 | A | 189 | 200.00 | 0.40 | 80.00 | e-mails and discussion of Rule 11 letter and motion with Mr. Cumming | ARCH |
| 4712.8002 | 12/11/2020 | 32 | A | 1 | 220.00 | 0.50 | 110.00 | Conference with Board [redacted] | ARCH |
| ~~4712.8002~~ | ~~12/14/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.50~~ | ~~100.00~~ | [redacted] | ARCH |
| ~~4712.8002~~ | ~~12/15/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | [redacted] the | ARCH |
| ~~4712.8002~~ | ~~12/15/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.50~~ | ~~100.00~~ | [redacted] | ARCH |
| ~~4712.8002~~ | ~~12/15/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~1.50~~ | ~~330.00~~ | [redacted] | ARCH |

2nd Rule 11 letter received 12/9/2020

$3,080 - page total
$110 - page total after 12/9/2020

**Client ID 4712.8002 Little Rock Fraternal Order of Police Lodge 17**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | te. | |
| 4712.8002 | 12/16/2020 | 32 | A | 1 | 220.00 | 1.50 | 330.00 | Conferences with co-counsel regarding litigation strategies and response to plaintiff's counsel's motion for extension. Litigation strategy regarding this and other motions. | ARCH |
| 4712.8002 | 12/16/2020 | 19 | A | 189 | 200.00 | 0.30 | 60.00 | e-mail review of Laux' motion for extension and emails with fellow counsel and | ARCH |
| ~~4712.8002~~ | ~~12/16/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.50~~ | ~~100.00~~ | | ARCH |
| 4712.8002 | 12/16/2020 | 13 | A | 74 | 60.00 | 0.80 | 48.00 | look through Plaintiff's Counsel Mike Laux's previous E.D. Ark. case filings and find a pattern of filing a complaint and amending the complaint one or more times while also filing for multiple time extensions, then ultimately dismissing the case; | ARCH |
| ~~4712.8002~~ | ~~12/17/2020~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~0.50~~ | ~~110.00~~ | | ARCH |
| ~~4712.8002~~ | ~~12/17/2020~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.40~~ | ~~80.00~~ | | ARCH |
| ~~4712.8002~~ | ~~12/18/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | | ARCH |
| 4712.8002 | 12/28/2020 | 32 | A | 1 | 220.00 | 0.60 | 132.00 | Conference with co-counsel. Review pleadings to determine if plaintiff's counsel responded to Rule 11 Letter within the time-frame. Consider litigation options. | ARCH |
| ~~4712.8002~~ | ~~12/28/2020~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.20~~ | ~~40.00~~ | | ARCH |
| 4712.8002 | 12/29/2020 | 19 | A | 89 | 200.00 | 0.40 | 80.00 | telephone conference with : case update and case update | ARCH |
| 4712.8002 | 12/30/2020 | 19 | A | 57 | 200.00 | 0.60 | 120.00 | review Laux's second request for extension and email updates; review Laux's request for extension of time for service and email updates to clients; review Newcomb's response to the request for extension of time | ARCH |
| 4712.8002 | 12/31/2020 | 13 | A | 74 | 60.00 | 2.30 | 138.00 | study plaintiff's counsel Mike Laux's previous E.D. Ark. case filings and find a pattern of filing a complaint and amending the complaint one or more times while also filing for multiple time extensions, then ultimately dismissing the case; | ARCH |
| ~~4712.8002~~ | ~~01/04/2021~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~230.00~~ | ~~0.50~~ | ~~115.00~~ | | ARCH |
| ~~4712.8002~~ | ~~01/04/2021~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | | ARCH |
| 4712.8002 | 01/04/2021 | 19 | A | 1 | 200.00 | 0.30 | 60.00 | attend meeting with Mr. Cumming re: Laux's recent filings, new deadlines, and service | ARCH |
| 4712.8002 | 01/04/2021 | 19 | A | 57 | 200.00 | 1.10 | 220.00 | review Laux' recent filings re: motion for extension of time for response to motions to dismiss; motion for extended time for service; motion for second amended complaint; judge's ruling; update clients on motions and new deadlines | ARCH |
| 4712.8002 | 01/05/2021 | 32 | A | 1 | 230.00 | 0.50 | 115.00 | Conference with client and co-counsel regarding litigation strategies. | ARCH |
| 4712.8002 | 01/05/2021 | 19 | A | 57 | 200.00 | 0.40 | 80.00 | review rule 26f conference email, forward discussion about it to fellow counsel | ARCH |
| 4712.8002 | 01/06/2021 | 32 | A | 1 | 230.00 | 0.40 | 92.00 | Prepare response to motion for leave to submit second amended complaint. | ARCH |
| 4712.8002 | 01/06/2021 | 19 | A | 32 | 200.00 | 0.20 | 40.00 | intraoffice conference with Mr. Cumming re: Rule 26f report; review voicemail and leave voicemail for Mr. Baker re: 26f report proposed | ARCH |
| 4712.8002 | 01/08/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Multiple conferences with board members & | ARCH |

$1,745 - page total

Date: 09/28/2021

**Detail Transaction File List**
GILL RAGON OWEN, P.A.

Page: 6

**Client ID 4712.8002 Little Rock Fraternal Order of Police Lodge 17**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | co-counsel regarding litigation. | |
| 4712.8002 | 01/08/2021 | 19 | A | 189 | 200.00 | 0.90 | 180.00 | e-mails and texts from clients re: service, review the Racop motion to strike; review and sign the Lorusso 8th Circuit admission form | ARCH |
| 4712.8002 | 01/08/2021 | 19 | A | 89 | 200.00 | 0.20 | 40.00 | telephone conference reviewing voicemail from Mr. Baker re: Rule 26f report and return voicemail | ARCH |
| 4712.8002 | 01/08/2021 | 19 | A | 89 | 200.00 | 0.50 | 100.00 | telephone conference with Mr. Lorusso to discuss case developments and strategy | ARCH |
| 4712.8002 | 01/11/2021 | 32 | A | 1 | 230.00 | 0.50 | 115.00 | Litigation strategy conferences. | ARCH |
| 4712.8002 | 01/11/2021 | 19 | A | 57 | 200.00 | 0.70 | 140.00 | review documents filed by Laux; review and respond to emails re: Rule 26f report | ARCH |
| 4712.8002 | 01/12/2021 | 19 | A | 189 | 200.00 | 0.40 | 80.00 | e-mail review and documents filed; discuss status of dismissed parties with Mr. Cumming; forward emails to clients | ARCH |
| 4712.8002 | 01/13/2021 | 19 | A | 57 | 200.00 | 0.40 | 80.00 | review draft Rule 26f report and forward comments to Mr. Cumming and Mr. Lorusso regarding electronic discovery; review their responses | ARCH |
| 4712.8002 | 01/13/2021 | 19 | A | 57 | 200.00 | 0.50 | 100.00 | review Starks' response to request for second amended complaint and brief; begin drafting our response | ARCH |
| 4712.8002 | 01/15/2021 | 19 | A | 108 | 200.00 | 1.50 | 300.00 | work on response to 2nd amended complaint; email for review; teleconference with M[illegible] discuss response of Mr. Gilchrist | ARCH |
| 4712.8002 | 01/19/2021 | 19 | A | 108 | 200.00 | 0.80 | 160.00 | work on Gilchrist's response to notice of waiver of service; review and revise rule 26f response; emails re: rule 26f report | ARCH |
| ~~4712.8002~~ | ~~01/20/2021~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~220.00~~ | ~~0.50~~ | ~~110.00~~ | [illegible] | ARCH |
| 4712.8002 | 01/20/2021 | 19 | A | 189 | 200.00 | 0.80 | 160.00 | e-mails with fellow defense counsel and plaintiff's counsel re: rule 26f report | ARCH |
| 4712.8002 | 01/20/2021 | 19 | A | 108 | 200.00 | 1.70 | 340.00 | work on rule 26f report; emails regarding the report with opposing counsel and fellow defense counsel; draft affidavit for John Gilchrist in response to the notice of waiver of service; email and call John Gilchrist to review his affidavit | ARCH |
| 4712.8002 | 01/21/2021 | 19 | A | 108 | 200.00 | 2.70 | 540.00 | work on response of John Gilchrist to the notice of waiver of service; meeting with John Gilchrist to review and sign his affidavit; review Plaintiff's 2nd amended complaint reply request, Plaintiff's rule 26f report | ARCH |
| 4712.8002 | 01/22/2021 | 32 | A | 1 | 220.00 | 0.40 | 88.00 | conference with co-counsel and clients regarding judge's orders. | ARCH |
| 4712.8002 | 01/25/2021 | 32 | A | 1 | 230.00 | 1.50 | 345.00 | Conference with co-counsel regarding pending motions and filing Rule 11 motion. Draft and finalize motion and brief in support. | ARCH |
| 4712.8002 | 01/26/2021 | 32 | A | 1 | 230.00 | 0.40 | 92.00 | Intra-office conference regarding litigation strategy. | ARCH |
| ~~4712.8002~~ | ~~01/26/2021~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.50~~ | ~~100.00~~ | [illegible] ...ion, emails with and call | ARCH |
| 4712.8002 | 01/27/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Prepare for and attend conference call regarding Rule 11 motion and motion for sanctions. | ARCH |
| ~~4712.8002~~ | ~~01/27/2021~~ | ~~19~~ | ~~A~~ | ~~89~~ | ~~200.00~~ | ~~0.50~~ | ~~100.00~~ | [illegible] ...with Lorusso for plan for Rule 11 | ARCH |
| 4712.8002 | 02/01/2021 | 32 | A | 1 | 230.00 | 0.50 | 115.00 | Intra-office conference regarding pending response to motion to dismiss and litigation responses. Consider options and alternatives regarding Rule 11 motion for sanctions and other petitions for attorneys' fees. | ARCH |
| 4712.8002 | 02/03/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Review Plaintiff's Response to Motion to Dismiss. Consider options regarding litigation strategy. | ARCH |
| 4712.8002 | 02/03/2021 | 19 | A | 189 | 200.00 | 0.70 | 140.00 | e-mail review with Humphrey response to motion to dismiss; emails with clients regarding the response | ARCH |
| 4712.8002 | 02/04/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Review pleadings and correspondence regarding motion to dismiss, response to motion, and Gilchrist service of process. Litigation strategy conference. Telephone conference with client. | ARCH |
| 4712.8002 | 02/04/2021 | 19 | A | 57 | 200.00 | 0.80 | 160.00 | review affidavit of Lynch filed by Humphrey; emails | ARCH |

$3,965 - page total

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 4712.8002 Little Rock Fraternal Order of Police Lodge 17** | | | | | | | | | |
| | | | | | | | | with clients regarding the affidavit; draft response; email draft to clients for review | |
| 4712.8002 | 02/05/2021 | 19 | A | 108 | 200.00 | 0.40 | 80.00 | work on edits to response to notice of affidavit; review emails re: response; filing | ARCH |
| 4712.8002 | 02/05/2021 | 19 | A | 16 | 200.00 | 0.80 | 160.00 | draft reply to response to motion to dismiss | ARCH |
| 4712.8002 | 02/08/2021 | 32 | A | 1 | 230.00 | 0.50 | 115.00 | conference with co-counsel regarding reply brief. | ARCH |
| 4712.8002 | 02/08/2021 | 19 | A | 16 | 200.00 | 6.00 | 1,200.00 | draft reply to Humphrey's response to our motion to dismiss | ARCH |
| 4712.8002 | 02/09/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Review and draft revisions Reply to Plaintiff's Response to Motion to Dismiss. | ARCH |
| 4712.8002 | 02/09/2021 | 19 | A | 108 | 200.00 | 3.40 | 680.00 | work on reply to Humphrey's response to our motion to dismiss; emails with clients regarding edits and suggestions | ARCH |
| 4712.8002 | 02/10/2021 | 19 | A | 57 | 200.00 | 0.30 | 60.00 | review motion to strike and emails with Mr. Lorusso and Mr. Cumming | ARCH |
| 4712.8002 | 02/10/2021 | 19 | A | 16 | 200.00 | 0.50 | 100.00 | draft response to motion to strike and send for filing | ARCH |
| ~~4712.8002~~ | ~~02/15/2021~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~230.00~~ | ~~0.50~~ | ~~115.00~~ | P c ts r | ARCH |
| 4712.8002 | 02/22/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Litigation status meeting with co-counsel. Prepare motion for Rule 11 sanctions and motion for attorneys' fees and related relief under Section 1983. | ARCH |
| 4712.8002 | 02/25/2021 | 32 | A | 1 | 230.00 | 2.00 | 460.00 | Conduct legal research of Section 1988 claims for attorneys' fees and costs by defendants in frivolous Section 1983 litigation. | ARCH |
| 4712.8002 | 02/26/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Draft Section 1988 Motion for Attorneys' Fees. | ARCH |
| ~~4712.8002~~ | ~~03/30/2021~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~230.00~~ | ~~0.40~~ | ~~92.00~~ | | ARCH |
| 4712.8002 | 03/31/2021 | 19 | A | 189 | 200.00 | 0.20 | 40.00 | e-mail updates to LRFOP, Gilchrist, and Hamby; discuss update with Mr. Cumming | ARCH |
| 4712.8002 | 04/09/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Draft Rule11 motion. | ARCH |
| ~~4712.8002~~ | ~~06/18/2021~~ | ~~32~~ | ~~A~~ | ~~1~~ | ~~230.00~~ | ~~1.00~~ | ~~230.00~~ | P ? or ( | ARCH |
| 4712.8002 | 06/21/2021 | 19 | A | 189 | 200.00 | 0.30 | 60.00 | e-mails with Mr. Cumming and Mr. Lorusso re: filing our Rule 11 motion with retaliation information added | ARCH |
| 4712.8002 | 06/22/2021 | 32 | A | 1 | 230.00 | 2.50 | 575.00 | Consider options and alternatives regarding pleadings to the court showing plaintiff's abuse of power through demotions, reassignments, and internal affairs investigations. Prepare pleadings and conduct research. Conference with FOP leadership. | ARCH |
| 4712.8002 | 06/24/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Draft pleadings for case. | ARCH |
| ~~4712.8002~~ | ~~07/07/2021~~ | ~~19~~ | ~~A~~ | ~~108~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | | ARCH |
| ~~4712.8002~~ | ~~07/22/2021~~ | ~~19~~ | ~~A~~ | ~~10~~ | ~~200.00~~ | ~~0.20~~ | ~~40.00~~ | filed against some officers | ARCH |
| 4712.8002 | 08/20/2021 | 32 | A | 1 | 230.00 | 0.50 | 115.00 | Conference with opposing counsel. Consider options and alternatives to plaintiff's planned amendment to complaint to add City of Little Rock as co-defendant. | ARCH |
| 4712.8002 | 08/20/2021 | 19 | A | 189 | 200.00 | 0.10 | 20.00 | e-mail review from Laux and forward to Mr. Cumming and Mr. Lorusso | ARCH |
| 4712.8002 | 08/23/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Draft Rule 11 motion and file. | ARCH |
| 4712.8002 | 08/23/2021 | 19 | A | 108 | 200.00 | 1.00 | 200.00 | work on Rule 11 review research on timing of filing and emails with Mr. Cumming, Mr. Lorusso and clients | ARCH |
| 4712.8002 | 08/24/2021 | 19 | A | 189 | 200.00 | 1.00 | 200.00 | e-mails with Mr. Newcomb and fellow counsel regarding deposition dates; review Review 11 Motion and Brief and edit them; discuss with Mr. Cumming, and email to clients for filing approval | ARCH |

$5,445 - page total

Date: 09/28/2021

**Detail Transaction File List**
GILL RAGON OWEN, P.A.

Page: 8

**Client ID 4712.8002 Little Rock Fraternal Order of Police Lodge 17**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| ~~4712.8002~~ | ~~08/25/2021~~ | ~~19~~ | ~~A~~ | ~~189~~ | ~~200.00~~ | ~~0.60~~ | ~~120.00~~ | ...ing | ARCH |
| 4712.8002 | 08/26/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Draft correspondence to LRFOP board regarding litigation status. | ARCH |
| 4712.8002 | 08/26/2021 | 19 | A | 108 | 200.00 | 0.70 | 140.00 | work on strategy with Mr. Cumming; review emails and texts with Mr ... y and work with Ms. Stewart on filing the rule 11 motion and brief | ARCH |
| 4712.8002 | 08/26/2021 | 19 | A | 108 | 200.00 | 0.80 | 160.00 | work on discovery draft | ARCH |
| 4712.8002 | 08/27/2021 | 19 | A | 108 | 200.00 | 1.20 | 240.00 | work on discovery draft and discuss discovery questions with Mr. Cumming | ARCH |
| 4712.8002 | 08/30/2021 | 32 | A | 1 | 230.00 | 1.00 | 230.00 | Conference with clients regarding discovery requests. Prepare discovery requests. | ARCH |
| 4712.8002 | 08/30/2021 | 19 | A | 108 | 200.00 | 0.70 | 140.00 | work on discovery questions with Mr. Cumming and review the newest complaint against Humphrey | ARCH |
| 4712.8002 | 08/30/2021 | 19 | A | 108 | 200.00 | 1.00 | 200.00 | work on discovery request draft | ARCH |
| ~~4712.8002~~ | ~~08/31/2021~~ | ~~13~~ | ~~A~~ | ~~33~~ | ~~60.00~~ | ~~1.10~~ | ~~66.00~~ | | ARCH |
| 4712.8002 | 08/31/2021 | 19 | A | 108 | 200.00 | 2.70 | 540.00 | work on discovery draft and email it to clients and co-counsel for review | ARCH |
| 4712.8002 | 09/01/2021 | 32 | P | 1 | 230.00 | 1.00 | 230.00 | Conference with LRFOP members regarding information and documents to demand in discovery. Prepare written discovery pleadings. | 213 |
| 4712.8002 | 09/01/2021 | 19 | P | 108 | 200.00 | 0.40 | 80.00 | work on interrogatories with Mr. Cumming | 218 |
| 4712.8002 | 09/02/2021 | 32 | P | 1 | 230.00 | 0.50 | 115.00 | Review and submit discovery submissions. | 214 |
| 4712.8002 | 09/02/2021 | 19 | P | 108 | 200.00 | 2.30 | 460.00 | work on interrogatories, adding questions from input of LRFOP, review emails, discuss with Mr. Cumming | 219 |
| 4712.8002 | 09/07/2021 | 32 | P | 1 | 230.00 | 0.50 | 115.00 | Conference with opposing counsel, negotiating extension of deadlines for response to sanctions and discovery. | 216 |
| 4712.8002 | 09/08/2021 | 32 | P | 1 | 230.00 | 0.50 | 115.00 | Consider options and alternatives regarding discovery and other litigation matters for pending motions to dismiss and sanctions. | 217 |
| 4712.8002 | 09/08/2021 | 19 | P | 189 | 200.00 | 0.80 | 160.00 | e-mail from Mr. Laux re: request for an extension to respond to the motion for sanctions; teleconference with Mr. Cumming regarding the request, teleconference with Mr. Lorusso regarding the request; email response to Mr. Laux on behalf of LRFOP | 220 |
| ~~4712.8002~~ | ~~09/09/2021~~ | ~~19~~ | ~~P~~ | ~~189~~ | ~~200.00~~ | ~~0.60~~ | ~~120.00~~ | | 221 |
| 4712.8002 | 09/10/2021 | 32 | P | 1 | 230.00 | 1.00 | 230.00 | Exchange correspondence with plaintiff's counsel, negotiating discovery and other matters. Conference with co-counsel, considering litigation strategies. | 222 |
| 4712.8002 | 09/10/2021 | 19 | P | 189 | 200.00 | 0.60 | 120.00 | 6 e-mails with Mr. Laux regarding the scheduling order and whether we object to the addition of parties, emails with fellow defense counsel regarding deposition dates, scheduling order, and discovery | 225 |
| 4712.8002 | 09/13/2021 | 19 | P | 189 | 200.00 | 0.40 | 80.00 | e-mail review of Laux's motion to amend the scheduling order and emails with fellow defense counsel | 226 |
| 4712.8002 | 09/14/2021 | 19 | P | 57 | 200.00 | 1.10 | 220.00 | review discovery request from Humphrey and begin summarizing what we need clients to produce | 227 |
| 4712.8002 | 09/15/2021 | 19 | P | 108 | 200.00 | 0.60 | 120.00 | | 228 |

$3,805 - page total

**Client ID 4712.8002 Little Rock Fraternal Order of Police Lodge 17**

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 4712.8002 | 09/15/2021 | 19 | P | 89 | 200.00 | 1.00 | 200.00 | telephone conference with [redacted] nd review order with him by phone, emails with fellow counsel to discuss implications of the order and Laux' possible refiling, attorney's fee motion and motion for sanctions | 229 |
| 4712.8002 | 09/16/2021 | 32 | P | 1 | 230.00 | 1.00 | 230.00 | intra-office conference regarding motions for sanctions and attorneys' fees. Consider possible responses to appeal or re-filing by plaintiff. | 223 |
| ~~4712.8002~~ | ~~09/16/2021~~ | ~~19~~ | ~~P~~ | ~~108~~ | ~~200.00~~ | ~~1.80~~ | ~~360.00~~ | [redacted] | 230 |
| ~~4712.8002~~ | ~~09/17/2021~~ | ~~32~~ | ~~P~~ | ~~1~~ | ~~230.00~~ | ~~1.00~~ | ~~230.00~~ | [redacted] appeal to | 224 |
| ~~4712.8002~~ | ~~09/17/2021~~ | ~~13~~ | ~~P~~ | ~~33~~ | ~~60.00~~ | ~~2.90~~ | ~~1[illegible].00~~ | [redacted] | 233 |
| ~~4712.8002~~ | ~~09/20/2021~~ | ~~19~~ | ~~P~~ | ~~189~~ | ~~200.00~~ | ~~0.20~~ | ~~40.0~~ | [redacted] | 231 |
| ~~4712.8002~~ | ~~09/20/2021~~ | ~~13~~ | ~~P~~ | ~~33~~ | ~~60.00~~ | ~~1.90~~ | ~~114.00~~ | [redacted] | 232 |
| 4712.8002 | 09/21/2021 | 32 | P | 1 | 230.00 | 1.00 | 230.00 | Litigation strategy meeting regarding sanctions, petition for attorneys' fees, appeals, and possibility of re-filing. | 234 |
| 4712.8002 | 09/21/2021 | 19 | P | 108 | 200.00 | 1.80 | 360.00 | work on attorney fees motion | 236 |
| ~~4712.8002~~ | ~~09/21/2021~~ | ~~19~~ | ~~P~~ | ~~57~~ | ~~200.00~~ | ~~1.80~~ | ~~360.00~~ | [redacted] it | 237 |
| ~~4712.8002~~ | ~~09/21/2021~~ | ~~19~~ | ~~P~~ | ~~89~~ | ~~200.00~~ | ~~1.00~~ | ~~200.00~~ | [redacted] ...ons of motion to dismiss a [redacted] d | 238 |
| ~~4712.8002~~ | ~~09/22/2021~~ | ~~19~~ | ~~P~~ | ~~108~~ | ~~200.00~~ | ~~0.30~~ | ~~60.00~~ | [redacted] | 239 |
| 4712.8002 | 09/22/2021 | 19 | P | 108 | 200.00 | 0.90 | 180.00 | work on attorneys fee motion | 240 |
| 4712.8002 | 09/23/2021 | 32 | P | 1 | 230.00 | 0.50 | 115.00 | Conference with plaintiff's counsel regarding request for extension of time and motion to reconsider. Internal conference with co-counsel regarding those matters in light of pending Rule 11 motion for sanctions and request for attorneys' fees. | 235 |
| 4712.8002 | 09/24/2021 | 19 | P | 189 | 200.00 | 0.30 | 60.00 | e-mails regarding Laux's extension request | 241 |
| ~~4712.8002~~ | ~~09/24/2021~~ | ~~13~~ | ~~P~~ | ~~33~~ | ~~60.00~~ | ~~3.20~~ | ~~192.00~~ | Ir [redacted] on; | 242 |
| **Total for Client ID 4712.8002** | | | | | Billable | 230.90 | 46,232.25 | Little Rock Fraternal Order of Police Lodge 17<br>Keith Humphrey | |

**GRAND TOTALS**

| | Hours | Amount |
|---|---|---|
| Billable | 230.90 | 46,232.25 |

$1,375

Total = $32,764.75
Total after 10/30/2020 - $20,939
Total after 12/9/2020 - $16,445