IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| KEITH HUMPHREY,<br>Plaintiff<br><br>V.<br><br>ALICE FULK, individually,<br>CRISTINA PLUMMER, individually,<br>HAYWARD FINKS, individually,<br>DUANE FINKS, individually,<br>REGINALD PARKS, individually,<br>LITTLE ROCK FRATERNAL ORDER<br>OF POLICE, LODGE #17, a non-profit<br>corporation, RONNIE MORGAN,<br>individually, ERIK TEMPLE, individually,<br>KEVIN SIMPSON, individually,<br>KENNETH HAMBY, individually,<br>STEVE DODGE, individually,<br>MICHAEL MCVAY, individually,<br>CHRIS RINGGOLD, individually,<br>KYLE HENSON, individually,<br>TRAVIS CUMMING, individually,<br>MARK ISON, individually,<br>JOHN GILCHRIST, individually,<br>KEVIN SEXSON, individually,<br>CHARLES STARKS, individually,<br>SHELLA ATLAS-EVANS, individually,<br>MATT MURSKI,<br>MOTOROLA SOLUTIONS d/b/a<br>WATCHGUARD, and<br>RUSS RACOP,<br>Defendants. | Case No. 4:20-cv-1158-JM |

## AFFIDAVIT OF LAWRENCE "LANCE" J. LORUSSO



1. I am the founder and principal attorney of the LoRusso Law Firm, PC. My firm was engaged to appear as counsel of record for the Little Rock Fraternal Order of Police ("LRFOP"), Ronnie Morgan ("Morgan"), Erik Temple ("Temple"), Kevin Simpson ("Simpson"), Kenneth Hamby ("Hamby"), Steve Dodge ("Dodge"), Michael McVay ("McVay"), Chris Ringgold ("Ringgold"), Kyle Henson ("Henson"), Travis Cumming ("Cumming"), Mark Ison ("Ison"), and John Gilchrist ("Gilchrist"). ("LRFOP, Board and Committee").

2. I have personally performed and or supervised the work in this matter and the attorneys' fees listed in Ex. (A)1 were incurred and come directly from the bills submitted to my clients.

3. I have been licensed to practice law in the State of Georgia since 1999, the State of Arkansas since 2007, and the State of Tennessee since 2019. I am admitted to practice before the United States Supreme Court, the Eighth Federal Circuit Court of Appeals, the Eleventh Federal Court of Appeals, Federal District Courts in Georgia and Arkansas as well as appellate courts in Georgia. My practice has focused on litigation in state and federal trial and appellate courts since my licensure in 1999.

4. My normal hourly rate is $500 per hour which is reasonable and customary for an attorney with my level of knowledge and experience. As a

courtesy to the law enforcement officers involved in this matter, I billed at a reduced rate of $350 per hour.

5. The attorneys' fees expended and identified in the attached redacted invoices, Exhibit A, were reasonable and necessary in representing my clients in the above-styled matter.

6. In the course of representing my clients in this matter, the billing in attorney fees totals $17,690.50. Further, the expenses of litigation totaled $600.

WHEREFORE, I submit that the following affidavit is a true and accurate statement and verify the contents herein.

_____
Lawrence "Lance" J. LoRusso

## ACKNOWLEDGMENT

STATE OF GEORGIA

COUNTY OF COBB

SUBSCRIBED AND SWORN to before me, a Notary Public, on this 28th day of September, 2021.

[Notary Seal: BARBARA LORUSSO, Notary Public, Georgia, Cobb County, My Commission Expires 6-6-22]

_____
Notary Public

My Commission Expires: 6-6-22

**LoRusso Law Firm P.C.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 11/3/2020 | 7482N |


PAID 11/16/2020

Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 11/3/2020 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2020 | Legal Services | Multiple texts with ▓▓▓; PCs, ems, and texts with ▓▓▓ | 2.1 | 350.00 | 735.00 |
| 10/5/2020 | Legal Services | Prep for phone call with counsel and president re: Strategy and next steps; Attend conference call | 1.4 | 350.00 | 490.00 |
| 10/6/2020 | Legal Services | Texts and PC with ▓▓▓ re: ▓▓▓ | 0.3 | 350.00 | 105.00 |
| 10/9/2020 | Legal Services | Multiple EMs with co-counsel re: ▓▓▓; Legal Research | 1.5 | 350.00 | 525.00 |
| 10/10/2020 | Legal Services | Begin in depth review of complaint | 0.8 | 350.00 | 280.00 |
| 10/11/2020 | Legal Services | Finish detailed review of complaint; Legal Research; Research re: plaintiff and plaintiff's counsel; Review local rules; Consider strategy | 4.5 | 350.00 | 1,575.00 |
| 10/11/2020 | Legal Services | EM with co-counsel re: Service via certified mail on ▓▓▓ | 0.2 | 350.00 | 70.00 |
| 10/12/2020 | Legal Services | PC with ▓▓▓ | 0.4 | 350.00 | 140.00 |
| 10/12/2020 | Paralegal | KR: draft engagement letter- create electronic folder | 0.5 | 125.00 | 62.50 |
| 10/12/2020 | Legal Services | Phone conference with Chad and Debby Ferguson and Chad Cumming | 0.9 | 350.00 | 315.00 |

| Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

Page 1


EXHIBIT D1

**LoRusso|Law Firm P.C.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 11/3/2020 | 7482N |


PAID 11/16/2020

Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 11/3/2020 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2020 | Legal Services | EM with co-counsel; Draft Rule 11 letter; Legal research; EM draft letter to co-counsel for review | 5.2 | 350.00 | 1,820.00 |
| 10/16/2020 | Legal Services | Review 74 page exhibit to complaint and consider strategy | 2.4 | 350.00 | 840.00 |
| 10/19/2020 | Paralegal | KR: set up electronic file- save docs to file- e-mail FOP president | 0.5 | 125.00 | 62.50 |
| 10/20/2020 | Legal Services | Review ▓▓▓; EM with co-counsel re: Rule 11 letter and status; Review case law from Debby Ferguson ▓▓▓; Review EMS with counsel for other defendants and opposing counsel ▓▓▓; PC with ▓▓▓ Review pleadings in case wherein ▓▓▓ | 1.7 | 350.00 | 595.00 |
| 10/23/2020 | Legal Assistant | EM with co-counsel ▓▓▓ | 0.2 | 125.00 | 25.00 |
| 10/23/2020 | Legal Services | Prep for PC with all defense counsel; PC with all defense counsel | 1.2 | 350.00 | 420.00 |
| 10/25/2020 | Legal Services | Draft Motion to Strike addendum and portions of complaint; Legal research; EM to co-counsel | 3.2 | 350.00 | 1,120.00 |
| 10/27/2020 | Legal Services | EM with co-counsel; Review draft briefs and motions as well as proposed Rule 11 motion to be sent with our Rule 11 letter | 1.9 | 350.00 | 665.00 |

| Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

**LoRusso | Law Firm P.C.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 11/3/2020 | 7482N |


PAID 11/16/2020

Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 11/3/2020 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/2020 | Legal Services | Consideraton of other examples for Motion to strike; EM with co-counsel | 0.4 | 350.00 | 140.00 |
| 10/28/2020 | Legal Services | Multiple emails with co-counsel and other counsel; Review latest drafts of motion to dismiss/ strike and brief in support; PC with Debby Ferguson | 0.9 | 350.00 | 315.00 |
| 10/30/2020 | Legal Services | EMs with co-counsel and other defense counsel; Review EM from plaintiff's counsel Michael Laux re: service of process; [redacted] | 0.6 | 350.00 | 210.00 |
| 11/2/2020 | Paralegal | KR: pull motions and briefs - docket- save in file and send to atty | 0.5 | 125.00 | 62.50 |
| 11/3/2020 | Daily WestLa... | Research services 20201016 | 1 | 100.00 | 100.00 |
| 11/3/2020 | Daily WestLa... | Research services 20201025 | 1 | 100.00 | 100.00 |
| 11/3/2020 | Daily WestLa... | Research services 20201009 | 1 | 100.00 | 100.00 |
| 11/3/2020 | Daily WestLa... | Research services 20201011 | 1 | 100.00 | 100.00 |

| Total | $10,972.50 |
|---|---|
| Payments/Credits | -$10,972.50 |
| Balance Due | $0.00 |

**LoRusso|Law Firm P.C.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 12/1/2020 | 7569N |



Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 12/1/2020 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/9/2020 | Legal Services | Multiple EMs with co-counsel, defense counsel, and from plaintiff's counsel | 0.4 | 350.00 | 140.00 |
| 11/10/2020 | Legal Services | Multiple EMs with co-counsel; Review EM to Plaintiff's counsel re: his request for an eight week extension to respond to our motions | 0.4 | 350.00 | 140.00 |
| 11/13/2020 | Legal Services | EM with co-counsel re: Plaintiff's motion for an extension; PC with Debby Ferguson | 0.3 | 350.00 | 105.00 |
| 11/30/2020 | Paralegal | KR: obtain access through court to efile- draft EOA | 1.2 | 125.00 | 150.00 |
| 12/1/2020 | Paralegal | KR: PC with LJL on case-organize file- save pldgs to file, review and print out for LJL review | 1.5 | 125.00 | 187.50 |
| 12/2/2020 | Legal Services | EMs with co-counsel; Review response to amended complaint; EMs with defense counsel ███████ | 0.9 | 350.00 | 315.00 |

| | |
|---|---|
| Total | $1,037.50 |
| Payments/Credits | -$1,037.50 |
| Balance Due | $0.00 |

**LoRusso|Law Firm P.C.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 1/5/2021 | 7630N |



Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 1/5/2021 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/2/2020 | Paralegal | KR: revise EOS for court- discuss with court gaining access to file | 0.8 | 125.00 | 100.00 |
| 12/6/2020 | Legal Services | EMs with co-counsel and other counsel; Review documents-Renewed Rule 11 letter and media response; Legal research | 1.4 | 350.00 | 490.00 |
| 12/14/2020 | Legal Services | EM with cocounsel re: Strategy | 0.2 | 350.00 | 70.00 |
| 12/14/2020 | Legal Services | Review Motion for Default Judgment; Review Order on pending motions to dismiss and motion for default; EM with co-counsel | 0.3 | 350.00 | 105.00 |
| 1/5/2021 | Daily WestLa... | Research services 20201202 | 1 | 100.00 | 100.00 |
| 1/5/2021 | Daily WestLa... | Research services 20201206 | 1 | 100.00 | 100.00 |

| | |
|---|---|
| Total | $965.00 |
| Payments/Credits | -$965.00 |
| Balance Due | $0.00 |

PAID 01/19/2021

**LoRusso | Law Firm P.C.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 2/2/2021 | 7702N |


PAID 02/12/2021

Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 2/2/2021 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1/5/2021 | Legal Services | EM with co-counsel; PC to | 0.3 | 350.00 | 105.00 |
| 1/8/2021 | Legal Services | PC to | 0.1 | 350.00 | 35.00 |
| 1/8/2021 | Legal Services | PC with Debby Ferguson re: status, strategy, and next steps | 0.6 | 350.00 | 210.00 |
| 1/12/2021 | Legal Services | EMs with co-counsel and | 0.3 | 350.00 | 105.00 |
| 1/26/2021 | Legal Services | EM with co-counsel | 0.3 | 350.00 | 105.00 |
| 1/27/2021 | Legal Services | Prep for conference call with co-counsel and ▬▬; Conference call with counsel | 1.2 | 350.00 | 420.00 |
| 2/1/2021 | Legal Services | Review final scheduling order from Judge James Moody and consider strategy ▬ | 0.2 | 350.00 | 70.00 |

| | |
|---|---|
| **Total** | $1,050.00 |
| **Payments/Credits** | -$1,050.00 |
| **Balance Due** | $0.00 |

**LoRusso|Law Firm p.c.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339


PAID
05/25/2021

| Date | Invoice # |
|---|---|
| 5/6/2021 | 7954N |

Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 5/6/2021 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 3/11/2021 | Legal Services | Review Notice of Filing of Affidavit in Support of Proof of Waiver of Formal Service if Defendant John Gilchrist and Response with Brief in Support | 0.2 | 350.00 | 70.00 |

| | |
|---|---|
| **Total** | $70.00 |
| **Payments/Credits** | -$70.00 |
| **Balance Due** | $0.00 |

**LoRusso│Law Firm P.C.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 6/3/2021 | 8052N |



Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 6/3/2021 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/3/2021 | Legal Services | EM with co-counsel re: status | 0.2 | 350.00 | 70.00 |

| | |
|---|---|
| **Total** | $70.00 |
| **Payments/Credits** | -$70.00 |
| **Balance Due** | $0.00 |

**LoRusso | Law Firm P.C.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 7/6/2021 | 8114N |


PAID 07/27/2021

Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 7/6/2021 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/16/2021 | Paralegal | AC: Research on ▇ | 5.5 | 125.00 | 687.50 |
| 6/16/2021 | Legal Services | PC with ▇ | 0.3 | 350.00 | 105.00 |
| 6/17/2021 | Legal Services | Review research; PC with ▇ | 0.6 | 350.00 | 210.00 |
| 6/22/2021 | Legal Services | EM with co-counsel ▇ | 0.2 | 350.00 | 70.00 |

| | |
|---|---|
| **Total** | $1,072.50 |
| **Payments/Credits** | -$1,072.50 |
| **Balance Due** | $0.00 |

**LoRusso | Law Firm P.C.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 8/3/2021 | 8222N |


PAID 09/13/2021

Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 8/3/2021 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/16/2021 | Legal Services | EM to co-counsel re: phone call | 0.1 | 350.00 | 35.00 |

| | |
|---|---|
| **Total** | $35.00 |
| **Payments/Credits** | -$35.00 |
| **Balance Due** | $0.00 |

**LoRusso | Law Firm p.c.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 9/2/2021 | 8314N |


PAID 09/21/2021

Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 9/2/2021 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 8/23/2021 | Legal Services | Em with co-counsel [redacted]; EM from opposing counsel re: adding a party | 0.3 | 350.00 | 105.00 |
| 8/27/2021 | Legal Services | Multiple EMs with co-counsel; EMs with opposing counsel; Review documents | 0.4 | 350.00 | 140.00 |

| | |
|---|---|
| **Total** | **$245.00** |
| **Payments/Credits** | **-$245.00** |
| **Balance Due** | **$0.00** |

**LoRusso | Law Firm P.C.**
1827 Powers Ferry Rd SE
Building 8
Atlanta, GA 30339

| Date | Invoice # |
|---|---|
| 9/28/2021 | 8374N |

Little Rock FOP Lodge
Humphrey v Little Rock FOP, et al
c/o Linda Hudson, Office Manager
P O Box 34351
Little Rock, AR 72203

| Due Date |
|---|
| 9/28/2021 |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 9/8/2021 | Legal Services | EMs with co-counsel; PC with Debby Ferguson re: extension request and strategy | 0.7 | 350.00 | 245.00 |
| 9/9/2021 | Legal Services | EMs with opposing counsel re: status of discovery and pending motions | 0.4 | 350.00 | 140.00 |
| 9/15/2021 | Legal Services | EM from clerk; Review order on pending motions; EMs with co-counsel and clients re: status | 0.4 | 350.00 | 140.00 |
| 9/15/2021 | Legal Services | EM with co-counsel re: media response | 0.3 | 350.00 | 105.00 |
| 9/21/2021 | Legal Services | Prep for conference call with co-counsel; PC with co-counsel re: strategy | 0.9 | 350.00 | 315.00 |
| 9/27/2021 | Legal Services | Review EMs from clerk re: orders on pending motions (no documents attached) and plaintiff's motion re: sanctions; Review motion for leave filed by Plaintiff's counsel; Consider next steps | 0.5 | 350.00 | 175.00 |
| 9/27/2021 | Legal Services | EM to co-counsel re: case status and motion for fees | 0.1 | 350.00 | 35.00 |
| 9/28/2021 | Legal Services | EM with co-counsel re: status and strategy | 0.3 | 350.00 | 105.00 |
| 9/28/2021 | Legal Services | EM with co-counsel ; Review and revise draft motion and brief in support; Legal research; | 2.6 | 350.00 | 910.00 |

| Total | $2,170.00 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $2,170.00 |