### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

KEITH HUMPHREY,                                                                    PLAINTIFF

v.                    CASE NO. 4:20-CV-1158 JM

ALICE FULK, ET AL.,                                                   DEFENDANTS

### **DECLARATION OF KEITH HUMPHREY**

1.     I am an adult of sound mind and, if needed, I could testify competently to the following matters.

2.     I was the Chief of Police for City of Norman for 8 years. In late March 2019, I gave notice that I would be leaving the Norman Police Department.

3.     My last day working as a Norman police officer was April 3, 2019.

4.     On April 5, 2019, I gave a farewell speech to a group of folks where I discussed my feelings on various social topics which comprise my policing philosophy.

5.     I did not have possession of my firearm or any firearm on April 5, 2019. My firearm had been engraved by colleagues and given back to me on April 5, 2019 as a gift.

6.     I was not wearing my Norman Police Department badge on April 5, 2019. I was not wearing any badge. I was dressed in a sports coats and khaki trousers.

7.     I did not consider myself to be working as a City of Norman police officer at the time of the speech, nor ever again after the speech.

8.     By April 5, 2019, I was no longer commissioned as a peace officer in the State of Oklahoma. My first day as a police officer with the Little Rock Police Department was April 15, 2019.

9. On April 5, 2019, there was an interim chief of police, Kevin Foster, for the Norman Police Department. He was appointed on April 3, 2019.

10. There are more facts that I can substantiate which will show that I was not acting as a police officer with the Norman Police Department on April 5, 2019. These facts will show that I last worked as a Norman police officer on April 3, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2021

_____
KEITH HUMPHREY